1174

No. 00–7720. WESELA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7721. TOKICH v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 00–7722. VALDOVINO-TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7723. THOMPSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–7724. UGARTE-CASTRO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–7726. CORMIER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7727. RAMON DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7730. JUVENILE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7731. WYKLE v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 00–7735. ROJAS-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7736. SARABIA-VILLANTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7737. LITTLE v. MASSACHUSETTS DEPARTMENT OF CORRECTION ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–7738. WILDCAT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7740. CLARK v. WITEK, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7741. FINLEY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.